IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMONE GRIMES, </br></br>      Plaintiff, </br></br>v. </br></br>FEDERAL HOUSING FINANCE AGENCY, et al. </br></br>      Defendants. | Civil No. 1:18-cv-01946-CRC |

**ORDER TRANSFERRING MATTER TO**
**UNITED STATES COURT OF FEDERAL CLAIMS**

Having considered Plaintiff's Unopposed Motion to Transfer and the entire record herein, it is this 4th day of December 2018,

**ORDERED**, that Plaintiff's Unopposed Motion to Transfer be, and hereby is, **GRANTED**; and it is further

**ORDERED**, that this matter shall immediately be transferred to the United States Court of Federal Claims.

*[signature]*
U.S. District Court Judge Christopher R. Cooper

5